J-S72005-16

| COMMONWEALTH OF PENNSYLVANIA | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|
| Appellee | |
| v. | |
| DEATHRICE DWAYNE GRAY | |
| Appellant | No. 41 MDA 2016 |

Appeal from the Judgment of Sentence December 11, 2015
In the Court of Common Pleas of Luzerne County
Criminal Division at No(s): CP-40-CR-0001900-2014

O R D E R

AND NOW, this 2nd day of November 2016, we hereby withdraw our disposition filed on November 2, 2016, in the above-captioned appeal. A revised disposition will be forthcoming in the near future.

PER CURIAM